UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN COX et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>          Defendant. | CASE NO. C13-2288 MJP<br><br>ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER |

      THIS MOTION comes upon the Parties' Joint Motion to Amend the Scheduling Order (Dkt. No. 87) and supplemental request at the status conference of July 10, 2014, to extend the discovery motions deadline. The Parties have shown good cause to extend the deadlines, and the Court therefore ORDERS the schedule be amended as follows:

| | **Current** | **Proposed** |
|---|---|---|
| JURY TRIAL DATE | December 8, 2014 | No change |
| Deadline for joining additional parties | March 7, 2014 | No change |

| | | | |
|---|---|---|---|
| 1 | Deadline for filing amended pleadings | March 17, 2014 | No change |
| 2 | All motions related to discovery must be filed by | July 23, 2014 | August 6, 2014 |
| 5 | Reports from expert witness under FRCP 26(a)(2) due | 1. Cox Plaintiffs serve by June 18, 2014<br>2. Defendant serves responsive reports by July 18, 2014 | Only change:<br><br>2. Defendant serves responsive reports by August 13, 2014 |
| 8 | Discovery completed by | August 11, 2014 | Fact discovery only completed by August 11, 2014 |
| 9 | Expert discovery completed by | | August 29, 2014 |
| 11 | All dispositive motions must be filed by | September 11, 2014 | No change |
| 12 | All motions in limine must be filed by | November 3, 2014 | No change |
| 13 | Agreed pretrial order due | November 26, 2014 | No change |
| 14 | Pretrial conference | December 1, 2014 | No change |
| 16 | Trial briefs, proposed voir dire questions, and proposed jury instructions | November 26, 2014 | No change |

The clerk is ordered to provide copies of this order to all counsel.

Dated this 11th day of July, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER ON JOINT MOTION TO AMEND
SCHEDULING ORDER- 2