UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN COX et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>                Defendant. | CASE NO. C13-2288 MJP<br><br>ORDER ON MOTION TO STRIKE |

      THIS MATTER comes before the Court on Defendant Continental Casualty's Motion to Strike (Dkt. No. 105) one of two Motions for Summary Judgment (Dkt. Nos. 99, 101) filed by Plaintiffs. Because this matter affects the dispositive motions deadline in this case, the Court exercises its discretion to consider the matter in advance of the noting date.

      The Court agrees with Defendant that Plaintiffs' filing violates Local Civil Rule 7(e)(3)'s prohibition on contemporaneous dispositive motions and notes that the motions together total more than forty pages. The Court therefore STRIKES both motions and gives Plaintiffs leave to

1 file a consolidated motion within the page limits within ten (10) days of this Order. The dispositive motions deadline is extended for the sole purpose of filing the substitute motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 15th day of September, 2014.

*[signature]*

Marsha J. Pechman
Chief United States District Judge

Case 2:13-cv-02288-MJP Document 108 Filed 09/15/14 Page 2 of 2