Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KATHRYN COX, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | NO. 2:13-CV-02288-MJP<br><br>[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW ON PLAINTIFFS' MOTION FOR FEES |

Under FRCP 54(d)(2), Plaintiffs have moved for an award of attorney fees. The court makes the following findings of fact and states its conclusions of law in granting the motion:

**Findings of Fact**

1. Plaintiffs Kathryn Cox, et al. request an award of attorney fees under the Washington Consumer Protection Act ("CPA") (RCW 19.86.090). Plaintiffs are entitled to recover their fees under the CPA because the jury returned a verdict in their favor on their CPA claim and they are therefore the prevailing party under the CPA.

2. The Court has carefully reviewed the declarations of Plaintiffs' counsel and the detailed attorney billing records of Plaintiffs' counsel that were filed under seal with the Court. Continental did not provide its own attorney billing records for comparison.

[PROPOSED] FINDINGS OF FACT AND
CONCLUSIONS OF LAW ON PLAINTIFFS'
MOTION FOR FEES - 1
CASE NO. 2:13-CV-02288-MJP

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

3. The Court finds that the hourly rates of Plaintiffs' counsel are reasonable and that the number of hours billed by Plaintiffs' counsel is reasonable. Continental does not dispute these findings. The lodestar amount, based on these findings, is therefore $1,966,652.50.

4. The Court also finds that (a) the CPA, negligence, and bad faith claims pursued by Plaintiffs involve a common core of facts and are based on related legal theories, (b) all of the work performed by Plaintiffs' counsel was necessary and inextricably linked to the pursuit of the CPA claim, (c) Plaintiffs would not have pursued the case any differently had they only pursued a CPA claim to the exclusion of other claims, and (d) fees incurred in pursuing other claims cannot reasonably be segregated in determining an award of fees.

5. A multiplier of 2.0 is warranted because (a) the fee agreement between Plaintiffs and their counsel was fully contingent with no guarantee of payment in the event of a loss, (b) the quality of the work performed by Plaintiffs' counsel was very high and unusually good, and (c) the contingency risk factor was significant given the likelihood of success when viewed at the outset of the litigation.

## Conclusions of Law

6. A prevailing party may recover attorney fees under the CPA. RCW 19.86.090; *Besel v. Viking Ins. Co. of Wisconsin*, 105 Wn. App. 463, 485, 21 P.3d 293 (2001) ("Because Mr. Besel has prevailed on his CPA claim, he may recover reasonable fees pursuant to RCW 19.86.090."), *rev. on other grounds*, 146 Wn.2d 730, 49 P.3d 887 (2002); *Miller v. Kenny*, 180 Wn. App. 772, 820, 325 P.3d 278 (2014). A party also may recover fees for presenting a fee request or in defending its entitlement to fees. *Fisher Properties, Inc. v. Arden-Mayfair, Inc.*, 115 Wn.2d 364, 378, 798 P.2d 799 (1990).

7. "Federal courts are required to apply state law in diversity actions with regard to the allowance or disallowance of attorney fees." *Michael-Regan Co. v. Lindell*, 527 F.2d 653, 656 (9th Cir. 1975). Under Washington law, prevailing party attorney fees are calculated using the lodestar method – by multiplying hours reasonably spent pursuing a claim by reasonable

[PROPOSED] FINDINGS OF FACT AND
CONCLUSIONS OF LAW ON PLAINTIFFS'
MOTION FOR FEES - 2
CASE NO. 2:13-CV-02288-MJP

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

hourly rates. *Bowers v. Transamerica Title Ins. Co*., 100 Wn.2d 581, 597, 675 P.2d 193 (1983); *Washington State Physicians Ins. Exch. & Ass'n v. Fisons Corp.*, 122 Wn.2d 299, 334-35, 858 P.2d 1054 (1993). In addition, a multiplier can be applied to the lodestar amount to account for a contingency risk factor and the quality of the legal work performed. *Chuong Van Pham v. City of Seattle*, 159 Wn.2d 527, 541, 151 P.3d 976 (2007); *Bowers*, 100 Wn.2d at 598; *Washington State Physicians Ins. Exch.*, 122 Wn.2d at 335.

8. Although there is in some cases a requirement to segregate and exclude time spent on claims for which fees are not recoverable, that requirement does not apply if the plaintiff's claims involve a common core of facts or are based on related legal theories and it is not possible to segregate the time spent on the various claims. *Hensley v. Eckerhart,* 461 U.S. 424, 435, 103 S. Ct. 1933 (1983); *Miller*, 180 Wn. App. at 823-24; *Fiore v. PPG Indus., Inc.*, 169 Wn. App. 325, 352, 279 P.3d 972 (2012); *Bloor v. Fritz*, 143 Wn. App. 718, 747, 180 P.3d 805 (2008); *Mehelenbacher v. DeMont*, 103 Wn. App. 240, 247, 11 P.3d 871 (2000). This exception to the segregation requirement applies here based on the findings set forth in Paragraph 4 above.

9. Applying a 2.0 multiplier to the reasonable lodestar amount as found in Paragraph 3 above, the total fee award to Plaintiffs is $3,933,305. That amount is reasonable given the facts and circumstances of this case, including the aggressive manner in which Continental defended itself against Plaintiffs' claims.

10. Plaintiffs shall file an amended judgment in accordance with this Order.

ORDERED this _____ day of _____ , 2015

_____
Honorable Marsha J. Pechman

[PROPOSED] FINDINGS OF FACT AND
CONCLUSIONS OF LAW ON PLAINTIFFS'
MOTION FOR FEES - 3
CASE NO. 2:13-CV-02288-MJP

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

1 | Presented by:

2 | **PETERSON | WAMPOLD
ROSATO | LUNA | KNOPP**

3 |

4 | */s/ Ann H. Rosato*
Ann H. Rosato, WSBA No. 32888
5 | Michael S. Wampold, WSBA No. 26053
6 | Felix G. Luna, WSBA No. 27087
Mallory C. Allen, WSBA No. 45468
7 | Attorneys for Plaintiffs
1501 Fourth Avenue, Suite 2800
8 | Seattle, WA 98101
Phone: 206.624.6800
9 | Fax: 206.682.1415
10 | Email: rosato@pwrlk.com
wampold@pwrlk.com
11 | luna@pwrlk.com
allen@pwrlk.com

[PROPOSED] FINDINGS OF FACT AND
CONCLUSIONS OF LAW ON PLAINTIFFS'
MOTION FOR FEES - 4
CASE NO. 2:13-CV-02288-MJP

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Dated**: March 6, 2015.

**PETERSON | WAMPOLD**
**ROSATO | LUNA | KNOPP**

*/s/ Dana Vizzare*
Dana Vizzare, Paralegal
1501 4th Avenue, Suite 2800
Seattle, WA 98101
Ph. 206-624-6800
Email: dana@pwrlk.com

[PROPOSED] FINDINGS OF FACT AND
CONCLUSIONS OF LAW ON PLAINTIFFS'
MOTION FOR FEES - 5
CASE NO. 2:13-CV-02288-MJP

Peterson | Wampold
Rosato | Luna | Knopp
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-1609
PHONE: (206) 624-6800
FAX: (206) 682-1415