|   |   |
|---|---|
| KATHRYN COX, et al.,<br><br>              Plaintiffs,<br><br>        v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>              Defendant. | CASE NO. C13-2288 MJP<br><br>ORDER ON PLAINTIFFS' MOTIONS TO STRIKE |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THIS MATTER comes before the Court on Plaintiffs' Motions to Strike (Dkt. Nos. 267, 279) and Continental's Motion to File an Overlength Brief. (Dkt. No. 270.) Having considered the Motions, Responses (Dkt. No. 268, 283), a Reply (Dkt. No. 269), and all related papers, the Court hereby GRANTS Plaintiffs' Motions to Strike, DENIES Continental's Motion to File an Overlength Brief, GRANTS Continental leave to file amended within-page-limits briefs within seven (7) days of this Order being posted on CM/ECF, and GRANTS Plaintiffs leave to file amended Responses or Replies, as applicable, according to the noting schedule for Local Civil

ORDER ON PLAINTIFFS' MOTIONS TO
STRIKE- 1

Rule 7(d)(3) motions (for Responses to Continental's Motion) and within four (4) business days of Continental's Response to Plaintiffs' Motion (for the Reply).

Any reference by this Court to longer briefs referred to pretrial briefs, which are not motions. Plaintiffs are correct that posttrial motions are noted normally and their page lengths are given by Local Civil Rule 7. While the case may be complex, the Court is familiar with the issues and perceives no need for either party to exceed the default page limits.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 6th day of March, 2015.

Marsha J. Pechman
Chief United States District Judge

ORDER ON PLAINTIFFS' MOTIONS TO STRIKE- 2